

# Missouri Court of Appeals
## Southern District

**SEPTEMBER 10, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.   Case No.  SD33928

     Re:   SCOTT KILLIAN,
           Claimant-Appellant,
           vs.
           MISSOURI DIVISION OF
           EMPLOYMENT SECURITY,
           Respondent.